UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:19CR000187 SNLJ |
| TYVON WHITE, | ) ) ) |
| Defendant. | ) ) |

## ORDER

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Shirley Pademore Mensah (#50), filed August 1, 2019 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS HEREBY ORDERED** that Defendant's pretrial motion (Doc. #32) is **DENIED**.

Dated this 16th day of September, 2019.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE